UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:14-cv-24596-DLG

JOHN LARKIN, individually and on behalf
of all others similarly situated,

        Plaintiff,

v.

GAMESTOP, INC.

        Defendant.
_____/

**DEFENDANT GAMESTOP, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant GameStop, Inc. ("GameStop") hereby moves this Court for an Order extending GameStop's Deadline to Respond to the Complaint of Plaintiff John Larkin ("Plaintiff"), until January 15, 2015.

On December 4, 2014, GameStop timely removed this action to this Court from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 14-27358 CA 40. *See* Notice of Removal, ECF No. 1. Under Fed. R. Civ. P. 81(c), GameStop's deadline to respond to the Complaint is December 11, 2014.

GameStop requires additional time to prepare its response to the Plaintiff's Complaint. In addition to the interruptions caused by the intervening holidays, GameStop's lead counsel is

currently in trial.  In order to properly evaluate the allegations and potential defenses, therefore, GameStop is requesting an extension until January 15, 2015.

GameStop's counsel has conferred with counsel for Plaintiff, who has consented to GameStop's requested extension.  As such, GameStop requests that the Court grant its motion. A proposed Order is attached hereto as Exhibit A.

                              Respectfully submitted,

Dated: December 10, 2014        By: s/Eric S. Boos
                                      ERIC S. BOOS
                                      Florida Bar No. 107673
                                      Email: eboos@shb.com
                                      DANIEL B. ROGERS
                                      Florida Bar No.
                                      Email: drogers@shb.com
                                      SHOOK, HARDY & BACON
                                      Miami Center, Suite 3200
                                      201 South Biscayne Boulevard
                                      Miami, Florida 33131-4332
                                      Telephone: (305) 358-5171
                                      Facsimile: (305) 358-7470

                                      *Of Counsel:*

                                      Jeffrey J. Greenbaum
                                      jgreenbaum@sillscummis.com
                                      Jason L. Jurkevich
                                      jjurkevich@sillscummis.com
                                      SILLS CUMMIS & GROSS P.C.
                                      One Riverfront Plaza
                                      Newark, New Jersey 07102
                                      Telephone: (973) 643-7000
                                      Facsimile: (973) 643-6500
                                      (Motion for *Pro Hac Vice* admission forthcoming)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the method indicated.

/s/ Eric S. Boos
Eric S. Boos

## SERVICE LIST

Curtis J. Mase, Esq.
Mase Lara, P.A.
*Co-counsel for Plaintiff*
2601 S. Bayshore Drive
Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080
cmase@maselara.com

Jonathan Perazzo, Esq.
The Perazzo Law Firm, P.A.
*Co-counsel for Plaintiff*
9325 N. Bayshore Drive
Miami Shores, FL 33181
Telephone: (786) 529-7411
Facsimile: (305) 206-4352
jp@perazzoLaw.com
(Service via CM/ECF)

Eric S. Boos, Esq.
eboos@shb.com
Daniel B. Rogers, Esq.
drogers@shb.com
Shook, Hardy & Bacon, LLP
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
*Attorneys for Defendant*

Jeffrey J. Greenbaum
jgreenbaum@sillscummis.com
Jason L. Jurkevich
jjurkevich@sillscummis.com
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
(Motion for *Pro Hac Vice* admission forthcoming*)*
(Service via CM/ECF)

3